214

61 A.3d 193

**Derrald HANDY, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation & Parole, Respondent.**

**No. 209 EM 2012.**

Supreme Court of Pennsylvania.

Feb. 7, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

61 A.3d 194

**Jose CASTRO, Petitioner**

v.

**PROBATION AND PAROLE OF PENNSYLVANIA, et al., Respondent.**

**No. 203 EM 2012.**

Supreme Court of Pennsylvania.

Feb. 7, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**